UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ, an individual, on behalf of the State of California, as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>E & A PROTECTIVE SERVICES-BRAVO, LLC, a Virginia Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 1:18-cv-00658-DAD-BAM<br><br>ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. No. 13) |

On October 22, 2018, the parties filed a joint stipulation to allow plaintiff to file a first amended complaint. (Doc. No. 13.) Pursuant to the parties' stipulation, and good cause appearing, the court grants the parties' stipulation and directs the Clerk of the Court to file the proposed first amended complaint (Doc. No. 13, Ex. 2) on the docket captioned as the first amended complaint, which is deemed filed as of the date of this order.

IT IS SO ORDERED.

Dated: **November 5, 2018**

                                                UNITED STATES DISTRICT JUDGE