**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310)277-0614
Facsimile: (310)277-0635

**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310)824-3828
Facsimile: (310)862-6851

Attorneys for Plaintiff Richard Martinez

**LITTLER MENDELSON, P.C.**
Alecia W. Winfield (SBN 209661)
AWinfield@littler.com
Christina M. Cila (SBN 313226)
CCila@littler.com
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310)553-0308
Facsimile: (310)553-5583

Attorneys for Defendant E&A Protective Services-Bravo, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ, an individual, on behalf of the State of California, as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>E & A PROTECTIVE SERVICES-BRAVO, LLC, a Virginia Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 1:18-CV-00658-DAD-BAM<br><br>**ORDER TO CONTINUE DEADLINES ON NON-EXPERT DISCOVERY AND CLASS CERTIFICATION MOTION**<br><br>Action Filed: May 14, 2018<br>Trial Date Set: None |

ORDER TO CONTINUE CLASS CERTIFICATION AND DISCOVERY DEADLINES

# ORDER

Pursuant to the parties' stipulation filed on December 28, 2018 (Doc. 17), and good cause appearing, the Court hereby amends the August 23, 2018 Preliminary Scheduling Order (Doc. 12), as follows:

| | | | **Old Date** | **New Date** |
|---|---|---|---|---|
| 1. | | Non-Expert Discovery Cut-Off: | March 15, 2019 | June 13, 2019 |
| 2. | | Class Certification Filing Deadline: | April 15, 2019 | July 15, 2019 |
| 3. | | Class Certification Opposition: | June 14, 2019 | September 12, 2019 |
| 4. | | Class Certification Reply: | August 16, 2019 | November 14, 2019 |
| 5. | | Class Certification Hearing: | September 4, 2018 | December 3, 2019 Time: 9:30 a.m. Dept. 5 (DAD) |

IT IS SO ORDERED.

Dated:  **January 9, 2019**          /s/ *Barbara A. McAuliffe*  _
UNITED STATES MAGISTRATE JUDGE