**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackerman, CA Bar No. 229832
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

**MELMED LAW GROUP P.C.**
Jonathan Melmed, CA Bar No. 290218
jm@melmedlaw.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 824-3828
Facsimile: (310) 862-6851

Attorneys for Plaintiff and the Putative Class

**LITTLER MENDELSON, P.C.**
Alecia W. Winfield, CA Bar No. 209661
Christina M. Cila, CA Bar No. 313226
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Defendant E & A Protective Services-Bravo, LLC

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ, an individual, on behalf of the State of California, as a private attorney general,<br><br>Plaintiff,<br>v.<br><br>E & A PROTECTIVE SERVICES-BRAVO, LLC, a Virginia Limited Liability Company, and DOES 1 to 10, inclusive,<br><br>Defendant. | **CASE NO.: 1:18-cv-00658-DAD-BAM**<br><br>**[CLASS ACTION]**<br><br>**NOTICE OF SETTLEMENT & JOINT STIPULATION TO REQUEST TO VACATE ALL OUTSTANDING HEARINGS AND DEADLINES AND REQUEST TO SET A HEARING DATE FOR PRELIMINARY APPROVAL OF CLASS AND PAGA REPRESENTATIVE ACTION SETTLEMENT; ORDER**<br><br>Complaint Filed: May 14, 2018 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Plaintiff Richard Martinez ("Plaintiff") and Defendant E & A Protective Services-Bravo, LLC ("Defendant") (together referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** after a productive exchange of information, and after a full-day mediation, the Parties resolved this matter on a class-wide basis, and, as such, agreed that a class should be certified for the purpose of settlement alone.

**WHEREAS**, the Parties have already entered into a Memorandum of Understanding, which sets forth the basic settlement terms, and are in the process of drafting a long-form Settlement Agreement and proposed Class Notice for the Court's review.

**NOW, THEREFORE**, in light of the Parties' agreement, the Parties hereby request that: (1) all hearings and deadlines be vacated; and (2) the Court schedule a forthcoming hearing on the motion for preliminary approval of class and PAGA representative action settlement, at a date in March 2019.

**IT IS SO STIPULATED.**

Dated: March 6, 2019          Respectfully submitted,
                              MELMED LAW GROUP P.C.
                              ACKERMANN & TILAJEF, P.C.

                              */s/ Jonathan Melmed*_____
                              Jonathan Melmed, Esq.
                              Craig J. Ackermann, Esq.
                              Attorneys for Plaintiff

Dated: March 6, 2019          Respectfully submitted,
                              LITTLER MENDELSON, P.C.

                              */s/ Christina M. Cila*_____
                              Christina M. Cila, Esq.
                              Alecia Winfield, Esq.
                              Attorneys for Defendant

**Local Rule Attestation**

Pursuant to Local Rule 131(e) I attest that all of the signatories listed above concur in this filing's content and have authorized the filing of this document.

          */s/ Jonathan Melmed*_____
          Jonathan Melmed, Esq.

# ORDER

Pursuant to the parties' stipulation and notice of settlement, and for good cause appearing, all hearings and deadlines currently scheduled in this action are HEREBY VACATED. Based on the Court's availability, a hearing on the motion for preliminary approval of class action settlement is HEREBY SET on **April 16, 2019, at 9:30 a.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd**. If the parties will be filing a joint motion, such motion shall be filed 14 days before the hearing; otherwise the parties shall follow the briefing scheduling as stated in Local Rule 230.

IT IS SO ORDERED.

Dated: **March 11, 2019**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE