ACKERMAN & TILAJEF, P.C.
CRAIG J. ACKERMANN (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

MELMED LAW GROUP P.C.
JONATHAN MELMED (SBN 290218)
jm@melmedlaw.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 824-3828
Facsimile: (310) 862-6851

Attorneys for Plaintiff and the Putative Settlement Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ, an individual, on behalf of the State of California as a private attorney general,<br><br>Plaintiff,<br><br>v.<br><br>E & A PROTECTIVE SERVICES-BRAVO, LLC, a Virginia Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO.: 1:18-cv-00658-DAD-BAM**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 16, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd<br>Dept.: Courtroom 5, 7th Floor<br><br>Action Filed: May 14, 2018<br>FAC Filed: November 6, 2018 |

**NOTICE IS HEREBY GIVEN** that, on April 16, 2019, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5, 7th Floor of the United States District Court for the Eastern District of California, located at the Robert Coyle United States Courthouse at 2500 Tulare Street in Fresno, California, before the Honorable Judge Dale A. Drozd pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiff Richard Martinez ("Plaintiff") individually and on behalf of all others similarly situated, will and does hereby move this Court for entry of an Order:

1. Preliminarily certifying the class for purposes of Settlement;

2. Preliminarily appointing Plaintiff as Class Representative for purposes of settlement;

3. Preliminarily appointing Craig J. Ackermann, Esq. of Ackermann & Tilajef, P.C. and Jonathan Melmed, Esq. of Melmed Law Group, P.C. as Class Counsel for purposes of settlement;

4. Preliminarily approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Joint Stipulation of Settlement and Release of Class Action ("Settlement Agreement"), including payment by E & A Protective Services-Bravo, LLC ("E&A" or "Defendant") of the non-reversionary Gross Settlement Amount ("GSA") of $150,000 for a class of approximately 99 current and former security guards or officers, rovers, lieutenants, or sergeants;

5. Preliminarily approving a Service Award of $5,000 for the named Plaintiff from the GSA in recognition of his significant service to the Settlement Class;

6. Preliminarily approving Plaintiff's Counsel's request for up to 25% of the GSA as attorneys' fees (i.e., up to $37,500), plus reimbursement of actual litigation costs incurred in litigating and resolving this case up to $12,000;

7. Preliminary approving a payment to Labor & Workforce Development Agency for its share of the civil penalties pursuant to PAGA in the amount of $3,750;

8. Appointing Simpluris, Inc. as the third-party Settlement Administrator for mailing notices and for settlement administration, approving that up to $8,000 be

deducted from the GSA for the costs of settlement administration; and

    9.    Approving the proposed Class Notice and Share Form and ordering they be disseminated to the class as provided in the Settlement Agreement.

This motion is based upon the supporting Memorandum of Points and Authorities, the Declarations of Craig J. Ackermann, Jonathan Melmed, and Richard Martinez, the Settlement Agreement, the proposed Class Notice and Share Form, and the other papers and exhibits filed herewith.

Dated: March 19, 2019

Respectfully submitted,
ACKERMANN & TILAJEF, P.C.
MELMED LAW GROUP P.C.

By:   */s/ Craig J. Ackermann*
Craig J. Ackermann, Esq.
Jonathan Melmed, Esq.

Attorneys for Plaintiff and the putative Settlement Class